**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-1953**

─────────────

SCOTTSDALE INSURANCE COMPANY,

        Plaintiff - Appellee,

    v.

CHILDREN'S HOME SOCIETY OF NORTH CAROLINA, INC.,

        Defendant – Appellant,

    and

RONALD E. FORD, SR., Administrator of the Estate of S.P.,

        Defendant.

─────────────

**No. 13-1954**

─────────────

SCOTTSDALE INSURANCE COMPANY,

        Plaintiff - Appellee,

    v.

RONALD E. FORD, SR., Administrator of the Estate of S.P,

        Defendant – Appellant,

    and

CHILDREN'S HOME SOCIETY OF NORTH CAROLINA, INC.,

        Defendant.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:12-cv-00081-FL)

Submitted: July 31, 2014                    Decided: August 20, 2014

Before MOTZ and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

R. Thompson Wright, Joseph R. Beatty, HILL EVANS JORDAN & BEATTY, PLLC, Greensboro, North Carolina; Jerome P. Trehy, Jr., JEROME P. TREHY, JR., P.A., Bahama, North Carolina; Jesse H. Rigsby, IV, TWIGGS, STRICKLAND & RABENAU, P.A., Durham, North Carolina, for Appellants. Kevin M. O'Brien, Robert M. Kennedy, Jr., PHELPS DUNBAR, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Children's Home Society Of North Carolina, Inc., and Ronald Ford, Sr., the administrator of the Estate of S.P., appeal from the district court's order granting summary judgment in favor of Scottsdale Insurance Company on its declaratory judgment action seeking to limit its liability with respect to damages in the underlying wrongful death action. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scottsdale Ins. Co. v. Children's Home Society of North Carolina, Inc.; Scottsdale Ins. Co. v. Ford, No. 5:12-cv-00081-FL (E.D.N.C. July 3, 2014). In light of this disposition, we deny Scottsdale's motion to dismiss filed in No. 13-1954. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3